DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SIMON APRAHAMIAN and OUSANNA APRAHAMIAN,

Appellants,

v.

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellee.

No. 2D22-85

————————————————

February 16, 2024

Appeal from the Circuit Court for Pinellas County; Thomas Ramsberger, Judge.

D. Scott Boggs, Amy D. Boggs, and Benjamin L. Berkowitz of Boggs Law Group, P.A., St. Petersburg for Appellants.

Carlton Bober and Bernadette Guerra of Vernis & Bowling of Broward, P.A., Hollywood, for Appellee.

PER CURIAM.

     Affirmed.

VILLANTI, LaROSE, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.